# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-25-00549-CV

CJ's Wrecker Service Inc., Appellant

v.

Tax Appraisal District of Bell County, Texas, Appellee

FROM THE 169TH DISTRICT COURT OF BELL COUNTY
NO. 309758, THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING

## M E M O R A N D U M  O P I N I O N

The clerk's record in this appeal was due for filing in this Court on September 8, 2025. On September 17, 2025, we notified appellant[1] that no clerk's record had been filed due to its failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by September 29, 2025. Further, the notice advised appellant that its failure to comply with this request could result in the dismissal of the

---

[1] We note that appellant is a business entity that must be represented by an attorney. *See* Tex. Gov't Code §§ 81.101–.102 (prohibiting practice of law in Texas unless person is member of state bar); *id.* §§ 83.001–.006 (prohibiting unlicensed persons from practicing law without a license). The Texas Legislature has defined the practice of law to include, among other things, "the preparation of a pleading or other document incident to an action." Tex. Gov't Code § 81.101(a). Appellant would therefore need to be represented by licensed counsel to maintain an appeal. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., U.S.A.,* 937 S.W.2d 455, 456 (Tex. 1996) (nonlawyer may not represent corporation in court); *Lori Bernice Sharp Tr. v. Phung,* 622 S.W.3d 929, 929-30 (Tex. App.—Austin 2021, no pet.) (noting that entity would

appeal for want of prosecution. To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established that it is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Prosecution

Filed: October 14, 2025

---

need to be represented by counsel and have an attorney file amended notice of appeal to continue its appeal).